UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

TONIA LEWIS,

    Plaintiff,

v.                                                                                                    CASE NO.

H & P CAPITAL, INC.,

    Defendant.

_____/

## COMPLAINT

Plaintiff, TONIA LEWIS (Plaintiff), through her attorneys, KROHN & MOSS, LTD., alleges the following against, Defendant, H & P CAPITAL, INC., (Defendant):

## INTRODUCTION

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. 1692, *et seq.*

## JURISDICTION AND VENUE

2. Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

3. Defendant conducts business in the state of Florida, and therefore, personal jurisdiction is established.

4. Venue is proper pursuant to 28 U.S.C. 1391(b)(1).

## PARTIES

5. Plaintiff is a natural person residing in Virginia Beach, Virginia.

6. Plaintiff is a consumer as that term is defined by 15 U.S.C. 1692a(3), and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by 15 U.S.C. 1692a(5).

7. Defendant is a debt collector as that term is defined by 15 U.S.C. 1692a(6), and sought to collect a consumer debt from Plaintiff.

8. Defendant is a collection agency with a business office in Jacksonville, Duval County, Florida.

9. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

10. Defendant is attempting to collect a debt from Plaintiff on behalf of the original creditor, PayDay Loan.

11. Plaintiff's alleged debt owed to PayDay Loan arises from transactions for personal, family, and household purposes.

12. Within the last year, Defendant constantly and continuously placed collection calls to Plaintiff seeking and demanding payment for an alleged debt.

13. For example, Defendant called Plaintiff multiple times a day in an attempt to collect a debt on the following dates: July 15, 20, 23, and 26, 2010.

14. Defendant calls from the following telephone number: 904-418-5000.

15. Within the last year, Defendant called Plaintiff, in an attempt to collect a debt, and left voicemail messages that did not properly identify the caller's identity (Defendant's transcribed voicemail messages are attached as Exhibit A).

16. Within the last year, Defendant called Plaintiff, in an attempt to collect a debt, and left

voicemail messages that did not state the communication was from a debt collector (Defendant's transcribed voicemail messages are attached as Exhibit A).

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

17. Defendant violated the FDCPA based on the following:

    a. Defendant violated §1692d of the FDCPA by engaging in conduct that the natural consequences of which was to harass, oppress, and abuse Plaintiff in connection with the collection of an alleged debt.

    b. Defendant violated §1692d(5) of the FDCPA by causing a telephone to ring repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff.

    c. Defendant violated §1692d(6) of the FDCPA by placing telephone calls without meaningful disclosure of the caller's identity.

    d. Defendant violated §1692e of the FDCPA by using false, deceptive, and misleading representations in connection with the collection of any debt.

    e. Defendant violated §1692e(10) of the FDCPA by using deceptive means in an attempt to collect a debt.

    f. Defendant violated §1692e(11) of the FDCPA by failing to disclose in subsequent communications that the communication was from a debt collector.

WHEREFORE, Plaintiff, TONIA LEWIS, respectfully requests judgment be entered against Defendant, H & P CAPITAL, INC., for the following:

18. Statutory damages of $1,000.00 pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k,

19. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k

20. Any other relief that this Honorable Court deems appropriate.

## **DEMAND FOR JURY TRIAL**

PLEASE TAKE NOTICE that Plaintiff, TONIA LEWIS, demands a jury trial in this cause of action.

Dated: January 25, 2011

RESPECTFULLY SUBMITTED,

KROHN & MOSS, LTD.

By: _____

James D. Pacitti
FBN: 119768
KROHN & MOSS, LTD.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: (323) 988-2400 x230
Fax: (866) 385-1408
Email: jpacitti@consumerlawcenter.com
Attorney for Plaintiff,
TONIA LEWIS

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF VIRGINIA

Plaintiff, TONIA LEWIS, says as follows:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, TONIA LEWIS, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Dated: 16 Nov 10

_____
TONIA LEWIS

# **Exhibit A**

## Tonia Lewis v. H&P Capital, Inc.

Tonia Lewis, you better return this telephone call immediately.

Tonia Lewis, you better return this telephone call immediately.