UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

TONIA LEWIS,

    Plaintiff,

v.                          CASE NO. **3:11-cv-00103-HES-MCR**

H & P CAPITAL, INC.,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL

TONIA LEWIS (Plaintiff), by her attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(i) (Dismissal of Actions - Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, H & P CAPITAL, INC. (Defendant), in this case.

                                      RESPECTFULLY SUBMITTED,

Dated: April 20, 2011                By: /s/ James D. Pacitti
                                       James D. Pacitti, Esq.
                                       FBN: 119768
                                       Krohn & Moss, Ltd
                                       10474 Santa Monica Blvd, Suite 401
                                       Los Angeles, CA 90025
                                       Phone: (323) 988-2400 x 230
                                       Fax: (866) 385-1408
                                       jpacitti@consumerlawcenter.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2011, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was electronically submitted to Dale E. Workman, Attorney for Defendant, at the following email address, dworkman@workmanlawoffice.com .

s/ James D. Pacitti<br>
James D. Pacitti, Esq.<br>
Attorney for Plaintiff