UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED

2011 APR 22  AM 11: 29

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

TONIA LEWIS,

    Plaintiff,

vs.

    CASE NO. 3:11-cv-103-J-20MCR

H & P CAPITAL, INC.,

    Defendant.

_____/

## ORDER

**THIS CAUSE** is before this Court on Plaintiff's Notice of Voluntarily Dismissal (Dkt. 5). In the instant notice, Plaintiff voluntarily dismisses this action.

Accordingly, it is **ORDERED**:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this action is **DISMISSED** without **PREJUDICE**; and

2. The Clerk is directed to **TERMINATE** all pending motions and **CLOSE** this case.

**DONE AND ORDERED** at Jacksonville, Florida, this 21st day of April, 2011.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
James D. Pacitti, Esq.
Dale E. Workman, Esq.